IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-03019-BNB

MR. JOE W. JEAN-LOUIS,

Applicant,

v.

WARDEN DANIELS, U.S.P. Florence, Colorado, and
U.S. PAROLE COMMISSION,

Respondents.

## ORDER OF DISMISSAL

Applicant is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary in Florence, Colorado. Applicant initiated this action by filing *pro se* a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 15, 2010, Applicant filed two different amended applications for a writ of habeas corpus pursuant to § 2241. In an order filed on January 19, 2010, Magistrate Judge Boyd N. Boland determined that the amended applications were deficient and ordered Applicant to file a second amended application that includes a clear and concise statement of the claims he is asserting and a clear statement of the factual allegations that support each asserted claim. On January 29, 2010, Applicant filed two different versions of a second amended application for a writ of habeas corpus.

The Court must construe the second amended applications liberally because Applicant is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the

Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will dismiss the action.

The Court has reviewed the second amended habeas corpus applications filed on January 29 and finds that the applications remain deficient. First, the second amended applications filed by Applicant actually are a combination of the first page of the Court's 28 U.S.C. § 2254 habeas corpus form and pages two through five of the Court's 28 U.S.C. § 2241 habeas corpus form. The Court assumes Applicant is seeking relief pursuant to 28 U.S.C. § 2241 because there is no indication that he is challenging a state court conviction or sentence.

More importantly, the second amended applications are deficient because Applicant still fails to provide a clear statement of his claims in this action. Magistrate Judge Boland specifically advised Applicant that he must go beyond notice pleading and that naked allegations of constitutional violations are not sufficient to state a habeas corpus claim. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). To the extent the Court can understand Applicant's claims in the second amended applications, it appears that he may be challenging the validity of a federal conviction and sentence. However, even if the Court assumes Applicant is challenging the validity of his conviction, it is not clear what conviction or sentence he is challenging because he refers to both the Western District of Missouri and the Central District of California, and he fails to allege specific facts in support of his claims. Furthermore, any claims Applicant may be raising that challenge the validity of a federal conviction or sentence properly should be raised in the sentencing court in a motion pursuant to 28

U.S.C. § 2255. *See Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Therefore, the Court finds that the instant action must be dismissed because Applicant fails to assert clearly any violations of his federal constitutional rights that are cognizable in this Court. Accordingly, it is

ORDERED that the habeas corpus application, the amended applications, and the second amended applications are denied and the action is dismissed without prejudice for failure to assert clearly the violation of a federal constitutional right.

DATED at Denver, Colorado, this 15th day of March, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-03019-BNB

Joseph W. Jean-Louis
Reg No. 23345-048
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/15/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk